**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ORVILLE DALE RITTER,

        Plaintiff,

v.                                                         Case No: 6:17-cv-491-Orl-40GJK

COMMISSIONER SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Claimant's appeal of a final decision of the Administrative Law Judge (Doc. 1) filed on March 17, 2017. The United States Magistrate Judge has submitted a report recommending that the Administrative Law Judge's final decision be reversed and these proceedings be remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 19, 2018 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Administrative Law Judge (Doc. 1) is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of the Claimant and close the file.

**DONE AND ORDERED** in Orlando, Florida on February 8, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties